IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20483
Summary Calendar
_____


JAMES COMET BARRUS, JR.,

                                        Plaintiff-Appellant,


versus

UNITED STATES OF AMERICA,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-3892
- - - - - - - - - -
September 18, 1996

Before JOLLY, JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

    James Barrus appeals the denial of his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. Mr. Barrus contends that double jeopardy barred his prosecution for conspiracy to commit bank fraud and misapplication of funds from a federally insured financial institution and transportation of

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

stolen goods.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm for the same reasons given by the district court.  *Barrus v. United States*, No. CA-H-94-3892 (S.D. Tex. May 26, 1995).

AFFIRMED.